# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 59 MM 2019

Respondent    :

v.    :

JOSIAH DAVON BAILEY,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of August, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.